

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2007 AUG 15 AM 7:16

LORETTA G. WHYTE
CLERK

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **CURTIS BRIDGES** | **CIVIL ACTION** |
| **VERSUS** | **NO. 06-4444** |
| **MARLIN GUSMAN, STATE OF LOUISIANA, ORLEANS PARISH POLICE JURY, AZSY INSURANCE COMPANY, AND JOHN AND/OR JOAN DOE** | **SECTION "N"(4)** |

### O R D E R

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that the plaintiff Curtis Bridges's Title 42 U.S.C. § 1983 claims against Orleans Parish Sheriff Marlin Gusman, the Orleans Parish Police Jury, the AZSY Insurance Company, John and/or Joan Doe, and the State of Louisiana are **DISMISSED WITH PREJUDICE** as frivolous and/or for failure to state a claim for which relief can be granted and, as applicable, for seeking relief against an immune defendant pursuant to Title 28 U.S.C. § 1915(e) and § 1915A and Title 42 U.S.C. § 1997e.



_____ Process
  X  Dktd
_____ CtRmDep
_____ Doc. No.

IT IS FURTHER ORDERED that Sheriff Gusman's **Motion for Judgment on the Pleadings (Rec. Doc. No. 8)** is **DISMISSED** as **MOOT**.

IT IS FURTHER ORDERED that Bridges's **Motion for Appointment of Counsel (Rec. Doc. No 12)** is **DENIED**.

New Orleans, Louisiana, this ___14th___ day of ___August___, 2007.

```
                                    _____
                                       UNITED STATES DISTRICT JUDGE
```